NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-674

ANTHONY F. DIXON

VERSUS

MORENO ENERGY MARINE, INC., ET AL.

**********

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, NO. 10-15291
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders and Oswald A. Decuir, Judges.

AFFIRMED.

Scotty E. Chabert, Sr.
Attorney at Law
16210 W. Main
Cut Off, LA 70345
(504) 632-6204
Counsel for Defendant/Appellee:
     International Boat Rentals, Inc.

James B. Doyle
Doyle & Hawkins, LLC
P.O. Box 2142
Lake Charles, LA 70602-2142
(337) 433-5999
Counsel for Defendant/Appellee:
     Moreno Energy Marine, Inc.
     Moreno Energy Services, Inc.
     Dynamic Industries, Inc.

John E. Jackson
Jackson Law Firm
P. O. Box 1239
Lake Charles, LA 70602
(337) 433-8866
Counsel for Plaintiff/Appellant:
    Anthony F. Dixon

Peter John Rousse
Attorney at Law
16210 W. Main St.
Cut Off, LA 70345
(504) 622-6204
Counsel for Defendant/Appellee:
    International Boat Rentals, Inc.